Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-01563-AWI-MJS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| v. | |
| RAMON LOPEZ FRANCO, et al. | |
| Defendant. | |

TO THE HONORABLE ANTHONY W. ISHII, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, December 22, 2011 at 10:30 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Ramon Lopez Franco, individually and d/b/a El Jaliciense Bar.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

1   Plaintiff recently identified an alternative address that it believes will be successful to serve

2   its initiating suit papers, upon the Defendant.

3   **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

4   Scheduling Conference, presently scheduled for Thursday, December 22, 2011 at 10:30 AM and permit

5   an additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the

6   Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the

7   alternative, a Notice of Voluntary Dismissal as to Defendant.

8

9

10   Respectfully submitted,

11

12

13   Dated: December 14, 2011                    */s/ Thomas P. Riley*

14                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                 By: Thomas P. Riley
15                                               Attorneys for Plaintiff
16                                               J & J Sports Productions, Inc.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1
2
## <u>ORDER</u>

3

It is hereby ordered that the Case Management Conference in civil action number 1:11-cv-01563-

4
AWI-MJS styled *J & J Sports Productions, Inc. v. Ramon Lopez Franco, et al.*, is hereby continued

5
from 10:30 AM, Thursday, December 22, 2011 to <u>Ferbuary 9, 2012 at 10:30 in Courtroom 6 (MJS) ,</u>

6
<u>Fresno Court House.</u>

7
Plaintiff is granted an additional Thirty (30) to Forty-Five (45) days from today's date to

8
effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service

9
by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Ramon Lopez

10
Franco, individually and d/b/a El Jaliciense Bar, where service has not been made or service by

11
publication requested.

12
Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

13
Service of this Order with the Clerk of the Court.

14
15
16
17
IT IS SO ORDERED.

18
19
Dated:   <u>December 15, 2011</u>       <u>/s/ *Michael J. Seng*</u>

20
UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING  CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 1:11-cv-01563-AWI-MJS**