UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-1563-AWI-MJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY MOTION |
| v. | TO SET ASIDE ENTRY OF DEFAULT |
| RAMON LOPEZ FRANCO, | (ECF No. 25) |
| Defendant. | |

Defendant Ramon Lopez Franco filed a Motion to Set Aside Default on May 22, 2012. The Magistrate Judge issued his Findings and Recommendation on August 1, 2012. It was served on all parties and stated that any objections were to be filed within fifteen (15) days of the date of service. (ECF No. 25.)

To date, neither party has filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Set Aside Default is DENIED.

IT IS SO ORDERED.

Dated:   January 18, 2013

SENIOR DISTRICT JUDGE